**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| HEIDI T.,<br>*Plaintiff*,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:26-CV-00170-CMV<br><br>Magistrate Judge Chelsey M. Vascura |

## ORDER

This Social Security disability benefits appeal is presently before the Court on the parties' joint motion to reverse and remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g) (ECF No. 14). For good cause shown, the Motion is **GRANTED**. **IT IS ORDERED THAT:**

1. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

2. This matter shall be reversed and remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The Court finds that an entry of judgment reversing and remanding to the agency for further administrative proceedings is warranted because further evaluation of the prior administrative medical findings is warranted.

3. On remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, further development of the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and issuance of a new decision; and

4. The case is terminated on the docket of this Court.

IT IS SO ORDERED.

s/ *Chelsey M. Vascura*

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE